IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISON

| | |
|---|---|
| MARGARET ANDERSON, et al., )<br>Individually and on behalf of all )<br>Others similarly situated, )<br>　　　　　　　　　　　　　　　　 )<br>　　　Plaintiffs, )<br>v. 　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　 )<br>SOUTHERN HOME CARE )<br>SERVICES, INC., and RES-CARE, INC., )<br>　　　　　　　　　　　　　　　　 )<br>　　　Defendants. )<br>　　　　　　　　　　　　　　　　 ) | CIVIL ACTION FILE NO.<br>1:13-cv-00840-LMM |

## **JOINT MOTION FOR APPROVAL OF FORM FOR CLASS NOTICE AND NOTIFICATION OF SELECTED NOTICE ADMINISTRATOR**

In accordance with the stipulated Scheduling Order entered by the Court on December 8, 2017, the Parties hereby submit an agreed form of Class Notice to be issued to the Class Members. The form was modeled on the class notice form suggested for use by the Federal Judicial Center and the language was conformed to the class certification stipulation entered by this Court on April 10, 2017. The Parties request that the Court approve the form of the Notice attached as Exhibit A to this Motion.

The Parties also hereby notify the Court that Simpluris, Inc. has been selected as the third-party administrator to send Notice to the Class Members.

Respectfully submitted this 10th day of January, 2018.

*/s/ J. Marcus Howard*
Geoffrey E. Pope
Georgia Bar No. 583880
gpope@popehoward.com
J. Marcus Howard
Georgia Bar No. 370076
mhoward@popehoward.com
**POPE &HOWARD, P.C.**
945 East Paces Ferry Road
Suite 2525, Resurgens Plaza
Atlanta, Georgia 30326
Telephone: (404) 885-9999
Facsimile: (404) 885-9998

*/s/ Benjamin H. Terry*
Benjamin H. Terry
Georgia Bar No. 702425
bht@bhtlaw.com
**LAW OFFICES OF**
**BENJAMIN H. TERRY, P.C.**
312 Crosstown Road, #355
Peachtree City, Georgia 30269
Telephone: (770) 394-1502
Facsimile: (404) 935-0601

*/s/ J. Derek Braziel*
J. Derek Braziel
*(Admitted pro hac vice)*
filings@1-b-law.com
**LEE &BRAZIEL, LLP**
1801 North Lamar Street, Suite 325
Dallas, Texas 75202
Telephone: (214) 749-1400

*Counsel for Plaintiffs*

*/s/ Matthew A. Boyd*
Ronald G. Polly, Jr.
Georgia Bar No. 583264
rpolly@hptylaw.com
Matthew A. Boyd
Georgia Bar No. 027645
mboyd@hptylaw.com
**HAWKINS PARNELL THACKSTON &YOUNG LLP**
303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30308
Telephone: (404) 614-7400
Facsimile: (404) 614-7500

*Counsel for Defendants*

# **ORDER**

The Court hereby approves the Class Notice form attached as Exhibit A to the Joint Motion For Approval of Form for Class Notice. Plaintiffs are permitted to issue the Notice in accordance with the terms of the Scheduling Order entered by this Court on December 8, 2017.

_____  _____
Date                                                     United States District Judge

## CERTIFICATION OF FONT

This is to certify that the foregoing pleading was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1(B).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing by filing this pleading with the Court's Electronic Filing System on January 10, 2018, which should ensure delivery to:

Ronald G. Polly, Jr.<br>
Matthew A. Boyd<br>
Hawkins Parnell Thackston & Young, LLP<br>
4000 Sun Trust Plaza, N.E.<br>
Atlanta, Georgia 30308

POPE & HOWARD, P.C.

*/s/ Geoffrey E. Pope*
Geoffrey E. Pope
Ga. Bar No. 583880
J. Marcus Howard
Ga. Bar No. 370076

945 E. Paces Ferry Road          Attorney for Plaintiffs
Suite 2525, Resurgens Plaza
Atlanta, Georgia 30326
404-885-9999 – phone
gpope@popehoward.com