IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISON

MARGARET ANDERSON, et al., )
Individually and on behalf of all )
Others similarly situated, )
)
    Plaintiffs, )
v. )   CIVIL ACTION FILE NO.
)   1:13-cv-00840-LMM
SOUTHERN HOME CARE )
SERVICES, INC., and RES-CARE, INC., )
)
    Defendants. )
                                      )

**CONSENT ORDER
APPROVING FORM OF NOTICE TO CLASS REGARDING
(1) ATTORNEY FEE AND EXPENSE MOTION AND
<u>(2) SERVICE PAYMENT TO CLASS REPRESENTATIVES MOTION</u>**

    The Court directed the parties to submit for approval a notice to the class regarding the filing of Class Counsels' motion for attorney fees and expenses. That has now been filed with the Court, consolidated with a motion for approval of class representative service payments. The parties have agreed to the form of notice to the class, and jointly submitted it to the Court for approval.

    The Court finds that the proposed notice, appended to the Consent Motion as Exhibit A, provides fair notice to the class regarding the filed motions.

**Exhibit B**

The Court therefore directs the parties and the Settlement Administrator to mail the proposed notice to the class *instanter*.

This \_\_7m\_\_ day of March, 2019.

_____
**LEIGH MARTIN MAY**
United States District Judge